```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MALCOM ALLEYNE,                     :

              Plaintiff <u>Pro Se</u>,  :

      -against-
                                                   :

CITY OF NEW YORK et al.,

                                                   :

              Defendants.
------------------------------------X

07 Civ. 4708 (WHP)

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        Plaintiff having failed to appear or serve Defendants, this action is dismissed for failure to prosecute. The Clerk of Court is directed to terminate all motions pending as of this date and mark the case closed.

Dated:    June 3, 2008
           New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

*Copy mailed to*:

Malcom Alleyne
No. 895-06-01869
15-15 Hazen Street
East Elmhurst, NY 11370
*Plaintiff <u>Pro Se</u>*